# I. Defendant(s)

B) The Defendant(s) ; All these in there individual and offical capacity

Defendant No. 5: Hinds County, Mississippi

A. Tyree Jones - is the Sheriff of Hinds County and Head of the Hinds County Detention Center.(Male)

B. % Dotson - is the Classiffacation Officer of the Hinds County Detention Center.(Male)

C. % J. Scott - is a Senior Staff person of the Hinds County Detention Center.(Female)

D. % Jackson - is a Staff person at the Hinds County Detention Center.(Male)

E. % Sgt Jackson - is a Senior Booking Officer at the Hinds County Farm.(Male)

F. Unknown Staff (Jon Doe) - is [redacted] the Staff person at A-3 within the Hinds County Detention Center; the day of my Assualt. (Male)

G. Unknown Staff (Jane Doe)- is a Senior Staff person at the Hinds County Detention Center; that assisted C/O J. Scott in moving me to A-3 housing Unit; And Senior Staff person that I gave my verbal complaint to about Sexual Harrassment, etc.... (Female)

H. #1 Unknown Staff (Jon Doe)- Investagater after my Assualt also staff person of the Hinds County Detention Centers (Male)

#2 unknown Staff (Jon Doe)- Secondary Investagater after my Assualt [redacted] also staff person of the Hinds County Detention Center. (Male)

# II Basis for Jurisdiction (42 U.S.C. § 1983)

D. actions under Color of Law

1.) Tamera Sherneil Thomas - did on June 8th 2022 call clinton police department with the intent to Lie as to have me charged with Domestic Violence (MS Sec Code 97-3-7G / 97-3-7(3)(a)(i)) and arrested then Failed to show up for court Knowing I had no such thing, depriving me of my 4th amendment Right under the color of Law.

2.) Andrew McGahey - did on June 8th 2022 arrest me and charge me with Assault/Domestic Violence without cause and he did in fact sign an affitdavit saying that I did commit said offence without any cause or evedence. Him being and officer of Law Enforcement and having full Know-eledge of such laws then failed to show up for court or bring forth the then Plaintiff Tamera S. Thomas or any evedence at any time. Lt Andrew McGahey also had full Knowreledge of Tamera S. Thomas haveing an Open ~~Com~~ Contempt of court warrent within his jurisdiction under his Authority and did not take her into castody to asure her apperance at court. Depriving me of my 4th, 6th Amendment Rights; also Article 6 Sec. 167 of the Mississippi State Constitution all these acts he did under the color of Law by way of his job.

3.) Graham P. Carner - on June 8th 2022 and all court dates to follow did in fact deprive me of my Rights by the ~~sp~~ act of "Ineffective Assistance of Counsel" violating my 6th Amendment Right. All these things his actions were in fact under the color of Law.

4.) the City of Clinton - on June 8th ~~2023~~ 2022 and all court dates to follow did in fact hold me with out bond under the assumption of committing Aussalt/Domestic Violence, even after being told of my Sexual Harassment and Assualt still did not give me a bond or R.O.R me for the sum total of 55 days. Nor did this municipality bring forth the officer that signed the Affitdavit or the plaintiff Knowing full well there Location and/or where abouts. Futher depriving me of my 6th, 14th Sec 1 Amendment Rights under the color of Law.

5.) Hinds County - on June 8th 2022 while being held against my will at the hinds county detention Center I was assualted by (9) nine inmates and the taken to the Merit Health hospital in Jackson, MS Chadwick Dr. Medical Records will show. I also was Sexually Harrased by C/o Dotson and Threatened with violance by way of Inmates by C/o J. Scott and (Unknown Staff) Jane Doe Causing me

injury and abuse, futher depriving me of my 8th Amendment Rights; ~~fat~~ failure-to-protect/deliberate indifference me being a pre-trial detainee misdameanor should not for any Reason have to be housed with violent Felony inmates, Staff did so ~~repeated/1~~ repeatedly under the color of Law. Also conditions of confinement; Right to due process 5th Amendment Right. Tyree Jones acted under color of Law to allow all of these things to happen without cause. % Jackson [redacted] came to med holding shortly after my assault and did remove me from Medical Holding against my will and uder threat of violence back to population (B-1) to an unsafe un-clean area futher causing the plaintiff injurey under the color of Law. Violating my 14th Sec 1, 8th Amendment Rights. Delibrate indeffirence, failure to Protect. Some time after June 8th 2022 a few days after being moved to A-3 housing the tower officer there (Unknown Staff) Jon Doe allowed (9) nine inmates to beat me causing me to go to Merit health hospital from injuries. This staff person tho negelant in his actions acted under color of Law. While still hurt and in Medical Holding (2) two investigators (Unknown staff) Jon Doe #1 and Jon Doe #2 medical holding camera view should show

who they are, did infact come to question me asking what were the names of those who Assualted me, in which I could not tell them for I did not Know only to leave and not allow me my Right to press charges. Depriving me of my 14th Sec 1 Amendment Right; Also 8th, 5th Amendment Rights under the color of Law. C/o Sgt Jackson is the senior booking officer of the Hinds County Farm ~~resposib~~ On August 3rd 2022 I was found not guilty of my misdamenor charge of Domestic Violence and held for MDOC to transport me to the Madison County Detention Center. From the date of dissmissial until being transported is considered County Jail time and a Jail alotment sheet is to be filled out in order to be given credit for this time towards MDOC Records/My MDOC time sheet futher causing injury Under the color of Law violating my 4th, 8th, 14th Sec 1 Amendment Rights by the act of causing me to be in MDOC ~~to~~ custody longer than I should be.

(B.) Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

(See Attachment)

## III. Prisoner Status

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

- ☐ Pretrial detainee
- ☐ Civilly committed detainee
- ☐ Immigration detainee
- ☑ Convicted and sentenced state prisoner
- ☐ Convicted and sentenced federal prisoner
- ☐ Other *(explain)*

## IV. Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. If the events giving rise to your claim arose outside an institution, describe where and when they arose.

B. If the events giving rise to your claim arose in an institution, describe where and when they arose.

(See Attachment)

# IV. Statement of Claim (42 U.S.C. §1983)

A.) Tamera S. Thomas on June 8th 2022 in Clinton Mississippi lied to Clinton Police saying I Assualted her. Then intentionally did not show up to court (Bad wife Syndrome) having placed in Jail against my will for 55 days.

B.) Lt. Andrew McGahey on June 8th 2022 in Clinton, Mississippi Arrested me and charged me with Domestic Assault ~~with~~ with out cause or evidence, ~~sing~~ signed a affitdavit against me without any proff ~~of~~ said offense, Then being an officer of Law did not show up for court with any proff at any time as to show just cause for his actions.

C.) Graham P. ~~Car~~ Carner ESQ. on June 8th 2022 and all court dates to follow did not Litagate my case to any extent; to get me a bond, get me R.O.R., OR call to court said witnesses On my be half for these court proceedings. Ineffective Assistance of Counsel. Then Graham P. Carner did in fact in the same court with the same judge argue a (2nd) second offense Shop Lifting charge which carries a minum of at lease (6) six months in Jail plus a fine to result in no jail ~~ti~~ time at all and a fine With a Guilty Plea on this charge directly in frount of my face.

D.) City of Clinton on June 8th 2022 in Clinton Mississippi I was held against my will with out bail/bond for 55 days with the Reason "Would not sign No Contact Order" stated. Even inlight of The plaintiff not signing any statement or Affitdavit; Then even after being told to ivestagate my Sexual Harassment and Assualt at the Hinds County Detention Center still did not R.O.R me nor set me a bond. Only to in the end not have my accusiers at court to be held accountable for there ~~actions~~ actions.

E.) Hinds County on June 8th 2022 an for some time after in Raymond, Mississippi being held against my will at the Hind County detention Center was in fact; Sexually Harrassed, Threatened with Violence by Staff, Threatened by Staff with violence by way of inmates, had a canteen order that I paid for taken by staff, Assualted by inmates, ~~May~~ Made to Live in Cells with no clean drinking water no flushing toilets. execessive heat no Locking doors under staffed No greivence procedure offered Staff misconduct etc....

F.) Tyree Jones On June 8th 2022 and for some time after did supervise as well as have full Knowledge of the Conditions of Confine ment, and Risk Threat level, as well as Staff Misconduct at ~~ther~~ the hinds county Detention Center and yet allowed a pre-trial Misdameanor to be Harressed Assualted, and property stolen with out cause or Right to redress.

G.) C/O Dotson On June 8th 2022 did infect Sexually Harrasse me by the act of touching my penius several times under threat of Violence if I did not allow him to do more; he stole a canteen order paid for by me and gave it to another In mate, he even told inmates in housing Unit A-3 that I was not under his protection and that if I get out of line beat me. At the Hinds County Detention Center

H.) C/O J. Scott on June 8th 2022 or sometime after she did at the orders of C/O Dotson under the Reason of failure to work (in Kitchen) did in fact place a pre-trial detainee Misdamenior in a Felony Violent Housing Unit as a form of punishment all with out a Right to Redress and even after being told about inmates threating me. At the Hinds County Detention Center.

I.) C/o Jackson on June 8th 2022 or some time after he did remove me from Medical holding without reason, and even after being told bout said Conditions of Confinement, Staff Harrassment, and Threats of violence did in fact threaten me him self with violence if I didn't move back to population out of Medical Holding while still injuried from Assualt. At the Hinds County Detention Center.

J.) C/o Sgt Jackson on August 3rd 2022 and the days to follow did neglagenttlly disreguard my verbal Requests to have a jail alotment sheet submitted as to give me credit for time spent at the Hinds County Farm to have been showen on my MDOC time sheet causing me to be held long in prison than I should have.

K.) Unknown Staff Jon Doe (Male) on June 8th 2022 in Raymond, MS or some time after the tower officer of A-3 housing unit did allow (9) nine inmates to Assualt me so to a point I had to be taken to the Merit Health Hospital for treament.

L.) Unknown Staff Jane Doe (Female) on June 8th 2022 in Raymond, MS or some time after A Senior Staff person with Rank higher then C/o J. Scott did in fact allow and acompany C/o J. Scott in Moving me from B-2 Housing Unit to A-3 housing Unit where I was Assualted as a pre-trial detainee.

M.) Unknown Staff on June 8th 2022 ~~som~~ in Raymond, MS some time after
Jon Doe #1 my assualt in A-3 housing Unit him and another Investigator
(Male) Come to medical holding to ask me Questions about my
Assault. No charges were brought, no Line-Up was ~~shown~~ shown
No camera footage was presented No greivance was allowed
No action what so ever was taken.

N.) Unknown Staff on June 8th 2022 in Raymond, MS some time after my
Jon Doe #2 Assualt in A-3 housing Unit at the Hinds County Detention
(male) Center (2) two investigaters came to ask me Questions
about being assualted While in Medical holding. No Action
what so ever was taken.

# V

## injuries

A. Assualt

on a around ~~Jane~~ June 8th 2022 a some time ~~after~~ after the Plaintift Walter Jeton Haralson did go to Merit Health hospital for injuries of what felt like a broken set of ribs, forced truma to the throat, dislocated Left elbow, a dislocated Right Shelder, a Laseration to the Right upper Eye, and blunt forced ~~tru~~ truma to th nose. I was not allowed to see Cat scan From Hospital a X-Rays only treatment given was a (5) five minute breathing treatment and an inhaler.

B. Sexual Harrasment PTSD, IIED; Post Trumatic Stress Disorder Intentional Infliction of Emotional Distress
-I am currently seeking Psyich treatment here at MDOC

C. Theft of Property on 6-20-22 I ordered from Premier Supply Link about $100^{00} worth of canteen in which C/O Dotson stole the Invoices does not have my signature I never Recieved my canteen order.